IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

TERRENCE BUCHANAN,

    Plaintiff,                                  JUDGMENT IN A CIVIL CASE

v.                                                 11-cv-238-wmc

SHERIFF DEPUTY KEITH KELLY,

    Defendant.

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Sheriff Deputy Keith Kelly granting his motion for summary judgment and dismissing this case.

| /s/ | 6/5/2013 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |